1  Samuel H. Ruby (CSB#191091)
   Judith A. Whitehouse (CSB#198176)
2  Paris Scott (CSB#248899)
   BULLIVANT HOUSER BAILEY PC
3  601 California Street, Suite 1800
   San Francisco, California 94108
4  Telephone: 415.352.2700
   Facsimile: 415.352.2701
5  samuel.ruby@bullivant.com
   judith.whitehouse@bullivant.com
6  paris.scott@bullivant.com

7  *Attorneys for Defendant*
   The Travelers Indemnity Company of
8  Connecticut

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LA VELDA SINGLETON dba LOVE AND CARE PRESCHOOL, <br><br> Plaintiff, <br><br> vs. <br><br> TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, ET AL. <br><br> Defendant. | Case No.: <br><br> **TRAVELERS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-16, FRCP 7.1)** |

— 1 —

TRAVELER'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

**TO THE HONORABLE JUDGES AND CLERK OF THE COURT**:

Pursuant to Civil L.R. 3-16 and FRCP 7.1, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a direct financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

*The Travelers Indemnity Company of Connecticut* is 100% owned by The Phoenix Insurance Company, which is 100% owned by The Travelers Indemnity Company, which is 100% owned by The Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc. The Travelers Companies, Inc. is the only publicly held company in the corporate family, and no publicly-traded corporation owns 10% or more of its stock.

DATED: April 7, 2008

BULLIVANT HOUSER BAILEY PC

By _/s/ Samuel H. Ruby_
Samuel H. Ruby

Attorneys for Defendant The Travelers Indemnity Company of Connecticut

10492115.1