1  Samuel H. Ruby (CSB#191091)
   Judith A. Whitehouse (CSB#198176)
2  Paris Scott (CSB#248899)
   BULLIVANT HOUSER BAILEY PC
3  601 California Street, Suite 1800
   San Francisco, California 94108
4  Telephone: 415.352.2700
   Facsimile: 415.352.2701
5  samuel.ruby@bullivant.com
   judith.whitehouse@bullivant.com
6  paris.scott@bullivant.com

7  *Attorneys for Defendant*
   The Travelers Indemnity Company of
8  Connecticut

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 | LA VELDA SINGLETON dba LOVE AND CARE PRESCHOOL, | Case No.: CV 08-1852 CW

15 |            Plaintiff,           | **PROOF OF SERVICE OF NOTICE OF REMOVAL AND OTHER INITIAL FEDERAL COURT PAPERS**

16 |      vs.

17 | TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, ET AL.

18 |            Defendant.

19

20

21

22

23

24

25

26

27

28

— 1 —

PROOF OF SERVICE

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On April 8, 2008, I served the document(s) entitled:

- **PROOF OF SERVICE OF NOTICE OF REMOVAL AND OTHER INITIAL FEDERAL COURT PAPERS**

- **CIVIL COVER SHEET**

- **TRAVELERS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-16, FRCP 7.1)**

- **NOTICE OF REMOVAL BY THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**

- **ECF REGISTRATION INFORMATION HANDOUT**

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

- **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

- **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

upon the following party(ies):

Francis X. Doherty/J. Edward Kerley
DOHERTY GEORGESON KERLEY LLP
999 Fifth Avenue, Suite 400, San Rafael, CA 94901
Tel: (415) 453-2300; Fax (415) 455-0270

Attorneys for Plaintiff LA VELDA SINGLETON
dba LOVE AND CARE PRESCHOOL

(X)    BY MAIL (CCP § 1013(a)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and

mailing by the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

( )   BY FACSIMILE TRANSMISSION (CCP § 1013(e), CRC 2008(e)): I transmitted the document(s) by facsimile transmission by placing it(them) in a facsimile machine (telephone number 415-352-2701) and transmitting it(them) to the facsimile machine telephone number(s) listed above. A transmission report was properly issued by the transmitting facsimile machine. Each transmission was reported as complete and without error. A true and correct copy of the transmission report is attached hereto.

( )   BY OVERNIGHT DELIVERY (CCP § 1013(c)): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing by Express Mail and other carriers providing for overnight delivery. I placed a true and correct copy(ies) of the above-titled document(s) in an envelope(s) addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelope(s) and placed it(them) for collection and mailing by Express Mail or other carrier for overnight delivery in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with Express Mail or other carrier on the same day.

( )   BY PERSONAL SERVICE UPON AN ATTORNEY (CCP § 1011(a)): I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above. I delivered each of said envelope(s) by hand to a receptionist or a person authorized to accept same at the address on the envelope, or, if no person was present, by leaving the envelope in a conspicuous place in the office between the hours of nine in the morning and five in the afternoon.

( )   BY HAND Pursuant to Code of Civil Procedure § 1011, I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date. A proof of service by hand executed by the courier shall be filed/lodged with the court under separate cover.

( )   BY PERSONAL SERVICE UPON A PARTY (CCP § 1011(b)): I placed a true and correct copy(ies) of the above-titled document(s) in a sealed envelope(s) addressed as indicated above. I delivered each of said envelope(s) by hand to a person of not less than 18 years of age at the address listed on the envelope, between the hours of eight in the morning and six in the evening.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 8, 2008, at San Francisco, California.

_____
Wai Ling Wong

10495427.1

-3-

PROOF OF SERVICE