IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA VELDA SINGLETON, | No. C 08-01852 CW |
| Plaintiff, | CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION |
| v. | |
| TRAVELERS INDEMNITY COMPANY, | |
| Defendant. | |

Notice is hereby given that the Court, on its own motion, shall take Defendant Travelers Indemnity Company of Connecticut's Consolidated Rule 12 Motions: (a) to Dismiss (FRCP 12(b)(6); (b) to Strike (FRCP 12(f); and/or (c) for More Definite Statement (FRCP 12(e)) under submission on the papers. The hearing previously scheduled for May 22, 2008, is vacated and may be set for a later date, if necessary. Opposition will be due May 1, 2008, and any reply will be due May 8, 2008.

Dated: 4/5/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk