FRANCIS X. DOHERTY (52329)
J. EDWARD KERLEY (175695)
DOHERTY GEORGESON KERLEY LLP
999 Fifth Avenue, Suite 400
San Rafael, CA 94901
(415) 453-2300
(415) 455-0270 Facsimile

ATTORNEYS FOR PLAINTIFF
LA VELDA SINGLETON dba
LOVE AND CARE PRESCHOOL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LA VELDA SINGLETON dba LOVE AND CARE PRESCHOOL, <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, <br><br> Defendant. | Case No.: C 08-1852 CW <br><br> **ORDER DENYING TRAVELERS INDEMNITY COMPANY OF CONNECTICUT'S RULE 12 MOTIONS** |

The Rule 12 motions to dismiss, to strike, and/or for a more definite statement made by Defendant, Travelers Indemnity Company of Connecticut were taken under submission by the Court. The Court having considered the papers and evidence, denies Defendant's motions.

IT IS SO ORDERED:

_____
CLAUDIA WILKEN
United States District Judge

1

Case No. C 08-1852 CW                                                                                               ORDER