FRANCIS X. DOHERTY (52329)
J. EDWARD KERLEY (175695)
DOHERTY GEORGESON KERLEY LLP
999 Fifth Avenue, Suite 400
San Rafael, CA 94901
(415) 453-2300
(415) 455-0270 Facsimile

ATTORNEYS FOR PLAINTIFF
LA VELDA SINGLETON dba
LOVE AND CARE PRESCHOOL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LA VELDA SINGLETON dba LOVE AND CARE PRESCHOOL, <br><br>Plaintiff, <br><br>v. <br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, <br><br>Defendant. | Case No.: C 08-1852 CW <br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

The motion of Plaintiff La Velda Singleton dba Love and Care Preschool, to remand this action to the Superior Court of California came on for hearing on June 5, 2008. The Court having considered the papers and evidence, remands this action on the basis that there is no showing of diversity in the lawsuit and that the removal is defective because not all served defendants have joined in the removal.

IT IS SO ORDERED:

                                                CLAUDIA WILKEN
                                                United States District Judge

1

DOHERTY GEORGESON KERLEY LLP
999 Fifth Avenue, Suite 400
San Rafael, CA 94901
(415) 453-2300