IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA VELDA SINGLETON,<br><br>    Plaintiff,<br><br>  v.<br><br>TRAVELERS INDEMNITY COMPANY,<br><br>    Defendant.<br>_____/ | No. C 08-01852 CW<br><br>CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION |

    Notice is hereby given that the Court, on its own motion, shall take Plaintiff's Motion to Remand under submission on the papers.  The hearing previously scheduled for June 5, 2008, is vacated.  Opposition to the motion will be due May 15, 2008, and any reply will be due May 22, 2008.

Dated: 5/2/08

                                          *Sheilah Cahill*
                                          SHEILAH CAHILL
                                          Deputy Clerk