FRANCIS X. DOHERTY (52329)
J. EDWARD KERLEY (175695)
DOHERTY GEORGESON KERLEY LLP
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
(415) 453-2300
(415) 455-0270 Facsimile

ATTORNEYS FOR PLAINTIFF
LA VELDA SINGLETON dba
LOVE AND CARE PRESCHOOL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LA VELDA SINGLETON dba LOVE AND CARE PRESCHOOL, <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, <br><br> Defendant. | Case No.: C 08-1852 CW <br><br> **NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that as of May 12, 2008, the law offices of Doherty Georgeson Kerley LLP will be located at:

> **Doherty Georgeson Kerley LLP**
> **1101 Fifth Avenue, Suite 310**
> **San Rafael, CA 94901**
> **(415) 453-2300-Telephone**
> **(415) 455-0270-Facsimile**

///

///

///

///

///

1

Case No. C 08-1852 CW                                             NOTICE OF CHANGE OF ADDRESS

1  Please note the new address. Update your records and proof of service accordingly.
2  Telephone and facsimile remain the same
3
4  DATED: May 8, 2008                    DOHERTY GEORGESON KERLEY LLP
5
6                                             /S/
                                        J. EDWARD KERLEY
7                                       Attorneys for Plaintiff

DOHERTY GEORGESON KERLEY LLP
1101 Fifth Avenue, Suite 310
San Rafael, CA 94901
(415) 453-2300

2

Case No. C 08-1852 CW                                   NOTICE OF CHANGE OF ADDRESS