Samuel H. Ruby (CSB#191091)
Judith A. Whitehouse (CSB#198176)
Paris Scott (CSB#248899)
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
samuel.ruby@bullivant.com
judith.whitehouse@bullivant.com
paris.scott@bullivant.com

*Attorneys for Defendant*
Travelers Indemnity Company of Connecticut

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LA VELDA SINGLETON dba LOVE AND CARE PRESCHOOL,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, et al.,<br><br>　　　　　　Defendants. | Case No.: CV 08 1852 (CW)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO REMAND**<br><br>Heating date: Vacated<br>(previously scheduled for June 5, 2008) |

　　　　Plaintiff has moved to remand this case to State Court. Having considered all of the pleadings and evidence submitted, the Court finds that Plaintiff's Motion to Remand must be DENIED.

//
//
//
//

– 1 –

Furthermore, Defendants Bank of the West, Uren Harrison Kennedy Insurance Agency, Allyson Delgado, Isam Hasenin, Chris Morton, Murat Zilinki and their employers Hohback-Lewin, Inc. and Walter Springs Construction are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: _____

_____
United States District Court Judge

10565613.1