United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LA VELDA SINGLETON,

        Plaintiff,

  v.

TRAVELERS INDEMNITY COMPANY,

        Defendant.
_____/

No. C 08-01852 CW

**JUDGMENT**

    For the reasons set forth in this Court's Granting Plaintiff's Motion for Remand and Denying Without Prejudice Defendant's Motion to Dismiss,

    IT IS ORDERED AND ADJUDGED

    That this action is remanded to state court and Defendant's motion to dismiss is denied without prejudice to re-filing it in the state court proceeding.  Each party shall bear its own costs of action.

    Dated at Oakland, California, this 27th day of June, 2008.

                                RICHARD W. WIEKING
                              Clerk of Court

                    By: _____
                          SHEILAH CAHILL
                          Deputy Clerk