**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

_____

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

June 30, 2008

Alameda County Superior Court  
1225 Fallon St.  
Oakland, CA 94612

RE:  CV 08-01852 CW    LA VELDA SINGLETON-v-TRAVELERS INDEMNITY CO.  
      **Your Case Number: (RG 08371914)**

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

        ( )    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ( )    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

        Sincerely,

        RICHARD W. WIEKING, Clerk

        by:  Clara Pierce  
        Case Systems Administrator

Enclosures

NDC TR-5  Rev. 7/92  
o:\mrg\civil\remand.mrg